Case # 1:15cr189-2
BOP #: 30959-057
5:22cv80 Bailey
Mazzone
Blalock

FILED
MAR 31 2022
U.S. DISTRICT COURT WVND
CLARKSBURG, WV 26301

March 28, 2022

Your Honor, I am writing to you in regards to filing a motion on applying to seek an award of two days credit for each of the 730 days of imprisonment. Seeking hard time COVID credit for the 730 days served.

I have been incarcerated since Jan 27, 2015. I was sentenced to 252 months on March 16, 2016. I arrived at SFF Hazelton August 2, 2016. I've currently had COVID one time since being incarcerated, However I did not go to medical about it because of the way they treated the quarantine inmates who tested positive. I quarantined myself in my cell for a week.

I am currently unemployed at this time being. I've worked @ two years in the kitchen.

I have completed the following classes Non Residential Drug Abuse class, Trauma in Life, Drug Education class, Resolve, Women's Relationships, Parenting, Responsible Mother.

I have also taken one self study ace packets. I have also taken six Ace classes.

I am currently enrolled in GED class.

I have not been incident free since incarcerated.

Due to COVID, program availability has been limited. No recreation, No excercising, No movement, No visitations, No legal support, No help recources, Limited medical with little to no emotional mental medical support which was very difficult as I am a borderline personality traits.

On March 17, 2020 we went on modified operations due to the COVID-19 pandemic.

We were on full lockdown until Feb. 20, 2021, and then we went on partial lockdown. We are currently still on Modified Operations/Partial lockdown.

We went through an improper daily diet. Had no water in the unit for over a week. We had to use the toilets with no way to flush. Then after a week, they finally brought in portable toilets (portapotty) and portable showers trailers for our use.

A day in prison under extreme lockdown and in fear of contracting a deadly virus puts a lot of emotional, mental and physical stress on an inmate, not to mention the stress of no-in-person visits, very little opportunity to make phone calls and no way to get stamps for a weeks before they finally allowed us to shop commissary and buy stamps.

Incarceration in such conditions results in harsher punishment. See e.g. US vs Rodriguez No. 00 CR.761 (JSR) 459 F. Supp. 3d 306.

My goal is to get home to my kids and grandbabies and family as soon as possible. I would like my case considered for the Cares Act, Hard Time and COVID credit.

Thank you for your time and consideration regarding this matter. I look forward to your response.

Robin George
*Robin George*

SFF-Hazelton    30959-057
PO Box 3000     1:15CR189-2
Bruceton Mills WV 26525