IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**ROBIN GEORGE,**

      Petitioner,

v.                                                                                      **Civil Action No. 5:22-CV-80**
                                                                                                                                                                       Judge Bailey

**SFF HAZELTON Warden,**

      Respondent.

### ORDER DISMISSING CASE FOLLOWING NOTIFICATION

On March 31, 2022, the petitioner filed a letter which was docketed as a petition pursuant to 28 U.S.C. § 2241. Because the pleading was not on the Court-approved form, the Clerk of Court issued the petitioner a Notice of Deficient Pleading and Intent to Dismiss. The Notice informed the petitioner that this case would be dismissed within 30 days. The Notice further informed the petitioner that if she wished to pursue her § 2241, she would have to re-file her petition on the Court-approved form. The Notice and Court-approved form were sent by certified mail, return receipt requested, and service was accepted on April 4, 2022.

To date, more than 30 days after the date of the Notice, the petitioner has failed to re-file her petition on the Court-approved form. Accordingly, pursuant to the terms of the Notice, the Court **ORDERS** that this action is hereby **DISMISSED WITHOUT PREJUDICE.**.

The Clerk is directed to mail a copy of this Order to the petitioner by certified mail, return receipt requested, to her last known address as reflected on the docket sheet.

**DATED**: May 11, 2022.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE